## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| VELOCITY COMMUNICATION TECHNOLOGIES, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., <br><br> **Defendant.** | **Civil Action No. 5:25-cv-00098-RWS** <br><br> **JURY TRIAL DEMANDED** <br><br> **(LEAD CASE)** |

## JOINT MOTION FOR ENTRY OF PROPOSED AGREED DOCKET CONTROL ORDER

Plaintiff Velocity Communication Technologies, LLC and Defendants OnePlus Technology (Shenzhen) Co., Ltd., Acer, Inc., ASUSTeK Computer, Inc., Cisco Systems, Inc., HP, Inc., Hewlett Packard Enterprise Company, Aruba Networks, LLC, Juniper Networks, Inc., Lenovo Group Limited, Lenovo PC HK Limited, Motorola Mobile Communication Technology Ltd., Motorola (Wuhan) Mobility Technologies Communication Company Limited, LG Electronics, Inc., LG Electronics USA, Inc., TP-Link Corporation PTE. Ltd., TP-Link Corporation Ltd., Lianzhou Technologies Co., Ltd., and Lianyue (Vietnam) Co., Ltd. (collectively, "the Parties") respectfully move the Court to enter the attached proposed agreed Docket Control Order.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel P. Hipskind* | */s/ Sean Cunningham* |
| Dorian S. Berger (CA SB No. 264424) | Jennifer H. Doan |
| Daniel P. Hipskind (CA SB No. 266763) | TX State Bar No. 08809050 |
| Erin E. McCracken (CA SB No. 244523) | Joshua R. Thane |
| BERGER & HIPSKIND LLP | TX State Bar No. 24060713 |
| 9538 Brighton Way, Ste. 320 | **HALTOM & DOAN** |

**– Page 1**

Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

***Attorneys for Velocity Communication
Technologies, LLC***

*/s/ Robert Uriarte*
T. Vann Pearce (Bar No. 978216 DC)
Chris Higgins (Pro Hac Vice)
Noah Rushin (Pro Hac Vice)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: 202-339-8400
Facsimile: 202-339-8500
Email: vpearce@orrick.com
Email: chiggins@orrick.com
Email: nushing@orrick.com

Robert Uriarte (Bar No. 258274 CA)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
355 S. Grand Ave. Suite 2700
Los Angeles, CA 90071
Telephone: 213-629-2020
Facsimile: 213-612-2499
Facsimile: +86 10 8595 5700
Email: ruriarte@orrick.com

Ethan Ma (Pro Hac Vice)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
5701 China World Tower A No.1

2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000
jdoan@haltomdoan.com
jthane@haltomdoan.com

Sean Cunningham (*pro hac vice*)
Erin Gibson (*pro hac vice*)
Helena Kiepura (*pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799.4000
Facsimile: (202) 799.5000
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com
helena.kiepura@us.dlapiper.com

Brian K. Erickson
TX State Bar No. 24012594
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
brian.erickson@us.dlapiper.com

Michael Jay (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
michael.jay@us.dlapiper.com

Jackob Ben-Ezra
TX State Bar No. 24073907
**DLA PIPER LLP (US)**
845 Texas Avenue, Suite 3800
Houston, TX 77002
Telephone: (713) 425-8400
Facsimile: (713) 425-8401
jackob.ben-ezra@us.dlapiper.com

Angela C. Whitesell (*pro hac vice*)

**– Page 2**

Jianguomenwai Avenue Beijing, 100004
People's Republic of China
Telephone: +86 10 8595 5600
Facsimile: +86 10 8595 5700
Email: yma@orrick.com

***Attorneys for Defendant OnePlus
Technology (Shenzhen) Co., Ltd.***

/s/ Craig Kaufman
Eric H. Findlay
State Bar No. 00789886
**FINDLAY CRAFT, P.C.**
7270 Crosswater Ave., Suite B
Tyler Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com

Craig Kaufman (*pro hac vice*)
**TECHKNOWLEDGE LAW GROUP
LLP**
20660 Stevens Creek Blvd., Suite 381
Cupertino, CA 95014
Tel: (650) 517-5200
Fax: (650) 562-8054
ckaufman@tklg-llp.com

***Attorneys for Defendant Acer Inc.***

/s/ Jeffrey Johnson
G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304 Tyler, Texas
75702
Tel: (903) 657-8540

Jeffrey Johnson
State Bar No. 24029638
jeffrey.johnson@bakerbotts.com
**BAKER BOTTS L.L.P.**
910 Louisiana Street Houston, TX 77002
Tel: (713) 229-1222
Fax: (713) 229-7922

**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone: (302) 468-5700
Facsimile:  (302) 394-2341
angela.whitesell@us.dlapiper.com

***Attorneys for Defendants Hewlett Packard
Enterprise Company and Aruba Networks,
LLC***

/s/ Megan Whyman Olesek
Jennifer H. Doan
TX State Bar No. 08809050
Joshua R. Thane
TX State Bar No. 24060713
**HALTOM & DOAN**
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000
jdoan@haltomdoan.com
jthane@haltomdoan.com

Megan Whyman Olesek
CA State Bar No. 191218
Victoria A. Moffa
CA State Bar No. 332787
**THOMPSON HINE LLP**
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930
olesek@thompsonhine.com
moffa@thompsonhine.com

Sean Cunningham (*pro hac vice forthcoming*)
Erin Gibson (*pro hac vice forthcoming*)
Helena Kiepura (*pro hac vice forthcoming*)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799.4000
Facsimile: (202) 799.5000
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com
helena.kiepura@us.dlapiper.com

**– Page 3**

Robert Benson
CA State Bar No. 155971
robert.benson@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California Street, Ste. 3200 San
Francisco, CA 94111
Tel: (415) 291-6285
Fax: (415) 291-6385

***Attorneys for Defendant ASUSTeK
Computer Inc.***

*/s/ Krishnan Padmanabhan*
**WINSTON & STRAWN LLP**
Krishnan Padmanabhan (*pro hac vice*)
kpadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Michael E. Jones
Texas Bar No. 10929400
**POTTER MINTON, P.C.**
102 N. College, Suite 900
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
E-mail: mikejones@potterminton.com

Shaun William Hassett
Texas Bar No. 24074372
**POTTER MINTON, P.C.**
102 N. College, Suite 900
Tyler, TX 75702
Telephone: (903) 525-2272
E-mail: shaunhassett@potterminton.com

***Attorneys for Defendant Cisco Systems,
Inc.***

*/s/ David Rokach*
Melissa R. Smith
State Bar No. 24001351

Angela C. Whitesell (pro hac vice)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone: (302) 468-5700
Facsimile:  (302) 394-2341
angela.whitesell@us.dlapiper.com

***Attorneys for Defendant Juniper Networks,
Inc.***

*/s/ Sean Cunningham*
Melissa R. Smith
TX State Bar No. 24001351
**GILLIAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Tel. 903.934.8450
Fax 903.934.9257
melissa@gilliamsmithlaw.com

Sean Cunningham (*pro hac vice*)
Erin Gibson (*pro hac vice*)
Helena Kiepura (pro hac vice)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799.4000
Facsimile: (202) 799.5000
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com
helena.kiepura@us.dlapiper.com

Brian K. Erickson
TX State Bar No. 24012594
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
brian.erickson@us.dlapiper.com

Michael Jay (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower

**– Page 4**

**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Gregory S. Arovas (*pro hac vice*)
Todd M. Friedman (*pro hac vice*)
Alex R. Henriques (*pro hac vice*)
James E. Marina (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com
Email: alex.henriques@kirkland.com
Email: james.marina@kirkland.com

David Rokach (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com

Tai Won Yoo (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: (305) 432-5601
Email: tyler.yoo@kirkland.com

*Attorneys for Lenovo Defendants*

/s/ *David Rokach*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670

Los Angeles, CA 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
michael.jay@us.dlapiper.com

Jackob Ben-Ezra
TX State Bar No. 24073907
**DLA PIPER LLP (US)**
845 Texas Avenue, Suite 3800
Houston, TX 77002
Telephone: (713) 425-8400
Facsimile: (713) 425-8401
jackob.ben-ezra@us.dlapiper.com

Angela C. Whitesell (*pro hac vice*)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
angela.whitesell@us.dlapiper.com

*Attorneys for Defendants HP Inc.*

/s/ *David Chun*
Melissa R. Smith
TX State Bar No. 24001351
**GILLIAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Tel. 903.934.8450
Fax 903.934.9257
melissa@gilliamsmithlaw.com

David Chun
Cal. Bar No. 315958
dchun@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP**
1540 El Camino Real
Suite 120
Menlo Park, CA 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601

Matthew R. Shapiro

**– Page 5**

Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Gregory S. Arovas, P.C. (*pro hac vice*)
Todd M. Friedman, P.C. (*pro hac vice*)
Alex R. Henriques, P.C. (*pro hac vice*)
James E. Marina, P.C. (*pro hac vice)*
Robert Endrizzi
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com
Email: alex.henriques@kirkland.com
Email: james.marina@kirkland.com
Email: robert.endrizzi@kirkland.com

Nyika Strickland (*pro hac vice*)
David Rokach (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: nyika.strickland@kirkland.com
Email: david.rokach@kirkland.com

Tai Won Yoo (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: (305) 432-5601
Email: tyler.yoo@kirkland.com

*Attorneys for TP-Link Defendants*

N. Y. State Bar No. 5102017
MShapiro@sheppardmullin.com
Hyun-Joong (Daniel) Kim
N.Y. State Bar No. 5304761
HyKim@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP**
30 Rockerfeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Attorneys for Defendants LG Electronics Inc.
and LG Electronics U.S.A., Inc.*

**– Page 6**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on February 17, 2026.

*/s/ Daniel Hipskind*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on February 17, 2026, counsel for the Parties conferred regarding the requested relief.  The Parties jointly submit this motion.

*/s/ Daniel Hipskind*

**– Page 7**